# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DORIS ERGLE LINDSEY PRATT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AIR EVAC EMS, INC., ) <br> ) <br> Defendant. ) | Case No. 6:17-CV-03097 |

## ORDER

Before the Court is parties' Stipulation of Dismissal With Prejudice. (Doc. 67). Plaintiff Doris Ergle Lindsey Pratt and Air Evac EMS, Inc., stipulate to the dismissal of this case, with prejudice. The Court hereby **DISMISSES** the above-captioned matter as to all claims between the parties, with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 19, 2019

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**